IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR 15 PM 2: 1⎵

| | |
|---|---|
| UNITED STATES OF AMERICA | ROBERT R. DI ⎵LIO<br>CLERK, U.S. DIST. CT.<br>W.D. OF TN, MEMPHIS |
| Plaintiff, | |
| v. | No. 2:02CR20165-5-D |
| GEOFFREY FELDMAN, | |
| Defendant. | |

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

It appearing to the Court from the motion of Richard M. Carter that David W. Kenna is licensed to practice before the United States District Court for the Southern District of New York and has his office at Mound, Cotton, Wollan & Greengrass, One Battery Park Plaza, New York, New York 10004-1486, telephone number (212)804-4529, and is in good standing with the United States District Court for the Southern District of New York and this motion for admission *pro hac vice* should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that David W. Kenna, is hereby admitted to practice law before this Court in the above captioned matter *pro hac vice*.

SO ORDERED, this _15_ day of April, 2005

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-18-05_

489

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 489 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Honorable Bernice Donald
US DISTRICT COURT