IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 8-9-2005
TIME: 3:38 pm
INITIALS: J.H.

UNITED STATES OF AMERICA

v.                                             CR NO. 02-20165-D

GEOFFREY L. FELDMAN,

    Defendant.

---

### ORDER DISMISSING COUNTS OF THE INDICTMENT AS TO GEOFFREY L. FELDMAN

---

Pursuant to the plea agreement of the parties, the oral motion of the United States of America, and for good cause shown, it is hereby ORDERED that all Counts of the Indictment, except Count I that was the subject of the plea agreement, are dismissed as to Defendant Geoffrey L. Feldman.

IT IS SO ORDERED this the 9th day of August, 2005.

                BERNICE B. DONALD
                UNITED STATES DISTRICT JUDGE

APPROVED:

Dan L. Newsom, Esq.
Senior Litigation Counsel
U.S. Attorney's Office
Western District of Tennessee
167 North Main Street, Suite 800
Memphis, TN 38103
(901) 522-4231

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

_[signature]_

Richard M. Carter, Esq.
Counsel for Geoffrey L. Feldman
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4843
(901) 522-9000

_[signature]_

Michael R. Koblenz, Esq.
David Kenna, Esq.
Counsel for Geoffrey L. Feldman
Mound, Cotton, Wollan, & Greengrass
One Battery Park Plaza
New York, N.Y. 10004-1486
(212) 804-4200

T:\ColemanA\CarterR\Feldman,Jeoffrey\Pleadings\OrderDismissingIndictment-Feldman.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 593 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT