IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 8-9-2005
TIME: 3:38 pm
INITIALS: [illegible]

UNITED STATES OF AMERICA

v.                                                              CR NO. 02-20165-D

GEOFFREY L. FELDMAN,

    Defendant.

---

## ORDER RELEASING BOND AND SEIZED ASSETS

Upon the oral motion made by counsel for Defendant Geoffrey L. Feldman and for good cause shown the Court hereby finds that all bond previously posted by or on behalf of Geoffrey L. Feldman together with any assets previously seized, including but not limited to cash posted as bond, accounts at HSBC and Merrill Lynch, the premises located at 7 East 14th Street, Apartment Number 18L, New York, New York, represented by shares in the Victoria Owners Corp., and a 1987 Mercedes Benz automobile hereby should be and are released.

IT IS SO ORDERED this the 9th day of August, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

APPROVED:

*[signature]*
Dan L. Newsom, Esq.
Senior Litigation Counsel
U.S. Attorney's Office
Western District of Tennessee
167 North Main Street, Suite 800
Memphis, TN 38103
(901) 522-4231

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

_____
Richard M. Carter, Esq.
Counsel for Geoffrey L. Feldman
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4843
(901) 522-9000

_____
Michael R. Koblenz, Esq.
David Kenna, Esq.
Counsel for Geoffrey L. Feldman
Mound, Cotton, Wollan, & Greengrass
One Battery Park Plaza
New York, N.Y. 10004-1486
(212) 804-4200


T:\ColemanA\CarterR\Feldman,Jeoffrey\Pleadings\OrderReleasingBond-Feldman.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 594 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Robert G. Chadwell
MCKAY CHADWELL PLLC
600 University St.
Ste. 1601
Seattle, WA 98101

Michael R. Koblenz
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Wade V. Davies
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

David W. Kenna
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004--148

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen Ross Johnson
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

David E. Wilson
MCKAY CHADWELL, PLLC
600 University
Ste 1601
Seattle, WA 98101

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT